ACCEPTED
07-13-00221-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
7/15/2015 10:37:42 PM
Vivian Long, Clerk

## No. 07-13-221-CV

| | | |
|---|---|---|
| **Mike E. Deubler** | § | FILED IN **In the Court of Appeals** |
| *Appellant,* | § | AMARILLO, TEXAS |
| | § | 7/15/2015 10:37:42 PM |
| **v.** | § | VIVIAN LONG |
| | § | CLERK |
| **The Bank of New York Mellon as** | § | |
| **Successor Trustee Under Novastar** | § | |
| **Mortgage Funding Trust 2005-1, and** | § | |
| **Saxon Mortgage Services, Inc.,** | § | |
| *Appellees* | § | **Seventh District of Texas** |

### Appellant's Motion to
### Extend Time to File Motion for Rehearing

To the Honorable Court:

Appellant, Mike E. Deubler, requests that the Court extend time for filing of his Motion for Rehearing as to the opinion herein of June 15, 2015 ("Opinion") under Rules of Appellate Procedure 10.5(b), 49.1, 49.8 and all other applicable Rules, and in support of this motion show:

1.  <u>Regular Time for Motion for Rehearing</u>.  A Motion for Rehearing would have been regularly due by June 30, 2015. This Motion for Extension of Time is timely, since the thirtieth day after June 15, 2015 is today, July 15, 2015.

2.  <u>Necessary Extension of Time</u>. Appellant asks that the Court grant him an extension for filing of Appellant's Motion for Rehearing from June 30, 2015 until

today, July 15, 2015, the last day by rule for seeking reconsideration, in order that it may be deemed timely made. Much of counsel's available time in the weeks following June 15, 2015 was occupied with preparation of filings to seek to prevent foreclosures for the July 6, 2015 sale date, replies to extensive discovery and dispositive motions and various other deadline filings. From approximately a month before the issuance of the opinion through a week after issuance, Appellant's counsel was without his computer on five different occasions for multiple days, due to numerous software problems that rendered the computer almost completely non-functional; repairs required multiple attempts by two different sets of experts to resolve. In the month since the Opinion, counsel was also required to attend the out-of-town funeral of a family member, expend days not normally required working on bonding of an appeal, complete briefing in another court of appeals, while also attending to arranging medical care and treatment and consulting with physicians in the care of his elderly mother, for whose care counsel is solely responsible. Appellant has sought no previous extension of time regarding the filing of a Motion for Rehearing.

3. <u>Prayer</u>. For these reasons, your Appellant requests that the Court:

(A) grant an extension of the time to file Appellant's Motion for Rehearing until July 15, 2015; and

(B) grant Appellant such other and further relief to which he may be

entitled or is in the interest of justice.

Respectfully submitted,

*/s/ Michael Brinkley*

_____

**Michael Brinkley**
State Bar No. 03004300
BRINKLEY LAW PLLC
P. O. Box 820711
Fort Worth, Texas  76182-0711
(817) 284-3535; fax (888) 511-0946
michael@brinkleypllc.com
Attorney for Appellant

## Certificate Regarding Conference

The undersigned appellant's counsel conferred by telephone and email today, July 15, 2015, with counsel for appellee, Elizabeth Duffy, and was advised that Appellee is opposed to the relief requested.

*/s/ Michael Brinkley*

_____

**Michael Brinkley**
Attorney for Appellant

**Certificate of Service**. I certify that a true and correct copy of the foregoing has been served on the following counsel and/or pro se parties of record, in accordance with Texas Rule of Appellate Procedure 9.5, on the date shown:

**Robert T. Mowrey**
**Elizabeth K. Duffy**
**Matthew H. Davis**
LOCKE LORD LLP
2200 Ross St., Suite 2000
Dallas, Texas 75201
(214) 740-8000, fax (214) 740-8800
Attorneys for Appellee.

Dated: July 15, 2015.

*/s/ Michael Brinkley*

_____

**Michael Brinkley**